838 F.2d 459
 Anderson (Bernard, II, Verdia D.)
v.
Hoffa (David W.), Miller (Shirlee Ann), Ruttman (Sara F.),
Andrews (Suzanne F.), Coffin (Harry S.), Guthrie (Louise
C.), Ivey (Clifford R.), Leonard (Richard J.), Rike (Robert
C.), Scott (Charles A.), Luther (Francis X.), Overdorf (C.
Scott), Upper Merion Area School District, Wright (Kay) (2 Cases)
 NOS. 87-1010, 87-1349
 United States Court of Appeals,
Third Circuit.
 DEC 28, 1987
 
 Appeal From: E.D.Pa.,
 Fullam, J.
 
 
 1
 AFFIRMED.